J-S32037-18

**NON-PRECEDENTIAL DECISION - SEE SUPERIOR COURT I.O.P. 65.37**

COMMONWEALTH OF PENNSYLVANIA : IN THE SUPERIOR COURT OF
: PENNSYLVANIA
Appellee :
:
v. :
:
BRYCE BEAVER :
:
Appellant : No. 1960 MDA 2017

Appeal from the Judgment of Sentence December 11, 2017
in the Court of Common Pleas of Schuylkill County
Criminal Division at No.:  CP-54-CR-0000256-2017

BEFORE:   PANELLA, J., NICHOLS, J., and PLATT*, J.

JUDGMENT ORDER BY PLATT, J.:          **FILED SEPTEMBER 12, 2018**

Appellant, Bryce Beaver, appeals from the judgment of sentence imposed following his jury conviction of simple assault, recklessly endangering another person (REAP), and disorderly conduct.  The trial court also found Appellant guilty of additional counts of disorderly conduct and harassment. On appeal, Appellant claims that his conviction of simple assault and REAP should have merged for sentencing purposes.  However, Appellant failed to file a court-ordered Statement of Errors Complained of on Appeal.  **See** Pa.R.A.P. 1925(b).  Therefore, all issues are waived.  Accordingly, we affirm.

On December 21, 2017, the trial court ordered Appellant to file a statement of errors no later than January 11, 2018.  Appellant failed to file a statement by February 12, 2018.  (**See** Order, 2/12/18, at n.1).  "Issues not included in the Statement and/or not raised in accordance with the provisions

_____
*   Retired Senior Judge assigned to the Superior Court.

of this paragraph (b)(4) are waived." Pa.R.A.P. 1925(b)(4)(vii); ***see also***

***Greater Erie Indus. Development Corp. v. Presque Isle Downs, Inc.***,

88 A.3d 222, 225 (Pa. Super. 2014) (*en banc*) (citing ***Commonwealth v.***

***Castillo***, 888 A.2d 775, 780 (Pa. 2005) (finding that appellant waived all his

claims on appeal for untimely filing his Rule 1925(b) statement);

***Commonwealth v. Lord***, 719 A.2d 306, 309 (Pa. 1998) ("[F]rom this date

forward, in order to preserve their claims for appellate review, [a]ppellants

must comply whenever the trial court orders them to file a Statement of

[Errors] Complained of on Appeal pursuant to Rule 1925. Any issues not

raised in a 1925(b) statement will be deemed waived.")). Therefore, here, all

issues are waived.[1]

Judgment of sentence affirmed.

Judgment Entered.

Joseph D. Seletyn, Esq.
Prothonotary

Date: 09/12/2018

---

[1] Moreover, Appellant's claim would not merit relief. ***See*** 42 Pa.C.S.A. § 9765; ***see also Commonwealth v. Calhoun***, 52 A.3d 281, 285-86 (Pa. Super. 2012), *appeal denied*, 67 A.3d 793 (Pa. 2013) (simple assault and REAP do not merge).